UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert G. Ferrone</u>

            v.                        Case No. 11-cv-276-PB

<u>Shaw's Supermarkets, Inc.</u>

## O R D E R

This case was transferred to this court from the District of Massachusetts on June 1, 2011. On June 3, 2011, an Order regarding visiting attorney was issued advising Attorney Mazur that he had thirty days in which to obtain local counsel. Several calls were made to Attorney Mazur advising him that he needed to have local counsel file an appearance and a motion for his pro hac vice admission. To date nothing has been filed on behalf of the plaintiff. If an appearance from a qualified attorney or a pro se appearance is not filed within the next (14) fourteen days, the case will be dismissed for lack of prosecution.

      SO   ORDERED.

April 1, 2012                                          **/s/ Paul Barbadoro**
                                                            Paul Barbadoro
                                                           United States District Judge

cc:     Counsel of Record