UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Ferrone

           v.                          Case No. 11-cv-276-PB

Shaw's Supermarket, Inc.

O R D E R

The plaintiff has failed to comply with my Order dated April 23, 2012, accordingly, the complaint is dismissed for failure to prosecute.

SO ORDERED.

May 14, 2012                            /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    Jeffrey Mazur, Esq.
        Debra Ford, Esq.