UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert Ferrone

                    v.                          Case No. 11-cv-276-PB

Shaw's Supermarket, Inc.


<u>O R D E R</u>


The plaintiff has failed to comply with my Order dated April 23, 2012, accordingly, the

complaint is dismissed for failure to prosecute.



SO ORDERED.



May 14, 2012                              /s/ Paul Barbadoro_____
                                          Paul Barbadoro
                                          United States District Judge


cc:    Jeffrey Mazur, Esq.
       Debra Ford, Esq.